No. 687.—CAMACHO, peticionario, *v.* CORTE DE DISTRITO, demandada. ■ Enero 13, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
No ha lugar.

No. 688.—SUCN. DE JOSÉ FAUSTINO GORBEA, peticionario, *v.* CORTE DE DISTRITO, demandada.—■ Enero 13, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
No ha lugar.

No. 4520.—ARRECHE, apldo., *v.* P. R. RAILWAY LIGHT & POWER Co., aplte.—C. D. San Juan. ■ ■ Enero 14, 1930.

Sin lugar la reconsideración. El Juez Presidente Señor del Toro, disintió.

No. 789.—VIDAL, recurrente, *v.* REGISTRADOR DE MAYAGÜEZ, recurrido.—■—Enero 14, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
A la moción de reconsideración, no ha lugar.

No. 5061.—ORTIZ, aplte., *v.* NAZARIO ET AL., apldos.—C. D. Ponce. ■ Enero 14, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Con lugar la moción de desestimación, por los fundamentos de la resolución dictada en Dic. 20 ppdo. en el caso de *Ralat* v. *Nazario et al.*

No. 5192.—HERNÁNDEZ ET AL., aplda-aplte., *v.* P. R. RAILWAY, LIGHT & POWER Co., aplte.-aplda.—C. D. San Juan. ■ ■ Enero 14, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No habiendo hecho gestión alguna la demandante desde el 3 de mayo de 1929 para que el taquígrafo haga la transcripción de la evidencia, por la cual optó para su apelación, ésta debe ser y es desestimada, de acuerdo con la regla 59 de este tribunal.